# In the United States Court of Federal Claims

No. 10-851T
(Filed: February 19, 2021)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CHARLES P. ADKINS and JANE E. ADKINS, | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On February 19, 2021, defendant in the above-captioned case filed a motion for leave to exceed the page limit by three-and-one-half pages for its response to plaintiffs' motion for sanctions or attorney's fees and costs. For good cause shown, the court **GRANTS** defendant's motion. If they deem it necessary, plaintiffs may exceed the page limit for their reply by the same number of pages. Pursuant to RCFC 54(d)(2)(D)(ii), plaintiffs' reply is due **no later than Thursday, March 4, 2021**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge